Exhibit A




# CY 2007
# Employee Performance Review

| | | | |
|---|---|---|---|
| Employee | David E. Runyon | Department | Administration |
| Mine/Location | Mountain Laurel Complex Mingo Logan Coal Company | Employee Number | 142632 |
| Job Title | VP & General Manager | Supervisor | Clifton Frye   Date   Jan-08 |

Performance Review Conducted with Employee on:

1-30-08   CJF
Date

---

**Instructions for completing the performance review:**

**Goal Achievement (Page 2 & 3)**
1. Ask employee to provide a written explanation of his/her contributions related to each goal set for CY2007. Ask him/her to be as specific as possible using examples, quantitative measures, etc. to explain.
2. Provide an overall written assessment of employee's goal achievement as well as a rating.

**Job Skills (Pages 4 – 5)**
1. Provide an overall rating for all job skills assessed. Use "remarks" section to provide specific strengths, areas of development and appropriate examples of performance. (Note: individual ratings for each job skill are not required).

**Rating Summary (Page 6)**
1. Transfer your ratings to the **Performance Rating Summary**.

**Discussion with Employee**
1. Prior to discussing the evaluation with the employee, **THE APPRAISAL MUST BE REVIEWED BY YOUR MANAGER.** For evaluations containing UNACCEPTABLE or EXCEPTIONAL ratings, you <u>MUST</u> review with your HR representative.
2. Meet with the employee to discuss the performance evaluation you have completed.
3. Write your initials on every page in the bottom left corner and sign the last page. Return all pages of the completed evaluation to the Human Resources Department.

# Review of Goals for Calendar Year 2007
## 1-14-08

**Employee Name: David Runyon**          **Supervisor Name: Clifton Frye**

| Goal #1 – Safety | Method of Measurement | Due Date |
|---|---|---|
| Oversee safety compliance by minimizing exposure<br>- Continue developing high value safety culture<br>- Operate fatality free at Mt. Laurel Complex<br>- Maintain an industry leadership position in Safety<br>- Achieve targeted 2.38 IFR, or less (stretch goal)<br>*Accomplishments: Achieved*<br>*The Mountain Laurel Complex has maintained an industry leadership position in safety throughout the year. During 2007, Mountaineer II Mine was awarded a West Virginia Mountaineer Guardian Award and a MSHA District 4 Pacesetter Award for safety performance in 2006. In addition, the Cardinal Preparation Plant was awarded a West Virginia Mountaineer Guardian Award for safety performance in 2007. Mountaineer II Mine worked 567 consecutive days without a lost-time injury (March 2, 2006 – October 20, 2007). Cardinal Preparation Plant was reportable injury free in 2006 and 2007. During the year, two mine rescue teams were fully implemented at Mountaineer II Mine. The Mountain Laurel Complex injury incident rate was 2.63 – 2007 goal was 4.00 (stretch goal of 2.38).*<br><br>Champion the successful facilitation of S.L.O.P.E. Process (BST – Behavior Based Safety) at the Complex throughout the year<br>*Accomplishment: Achieved*<br>*The behavior based safety process continued during 2007 at the Mountain Laurel Complex. The BST Behavior Based Safety Program has now been fully implemented at the Mountain Laurel mining operations with much success. A sustainability review was completed in November and was a major milestone for the process. Through everyone's involvement, the behavior based safety program is now well established at the Mountain Laurel mining operations and should support the core Arch Coal safety program well in the future.* | Total Reportable Injury Incident Rate<br>&<br>Monitoring progress and reviewing of plans | 12-31-2007<br>&<br>Ongoing throughout the year |

2

Develop planning and permitting for the underground continuous miner mines – complete permitting and conceptual mine planning for at least two mines
*Accomplishment: Achieved*
*The planning and permitting for the satellite underground mines are underway. The Article 3 permit for the proposed Daniel Hollow Upper Coalburg Deep Mine was approved on November 7, 2007. The NPDES permit (modification to existing permit) for this mine was sent to Charleston DEP for final approval on December 17. Approval is expected within the next few weeks. An Incidental Boundary Revision to the Gut Fork Buffalo Mine (permit name was Buffalo No. 15 Mine) was submitted to DEP on December 3, 2007. This revision adds the haul road from Gut Fork to the Beech Creek road, adjacent to the railroad. We are still waiting the Corp of Engineers approval letter for the face-up fill and need two 300' waivers (Ark Land is working on the waivers). The location of the Chilton mine portal face-up is still being evaluated. When the engineering work and planning is finalized, we will attempt to modify our existing approved permit by relocating the portal area. However, this may possibly be a new permit application – depending on the location.*

With the challenging coal market conditions now present, communicate and react as necessary during the year. Help develop and execute operating plans which will maximize ACI's economic performance during the year
*Accomplishment: Achieved*
*Considering the challenges of bringing a large underground mining operation on line, 2007 was a very successful year. The coal market did change during the year and all personnel involved reacted to the situation. Arch Coal Sales and other ACI personnel did a very good job of working with the operations in the effort. Early commitments were made for the coal during the year and the mining and processing teams fulfilled the challenge, resulting in a very good year for Arch Coal. The overall economic performance, including operating profit, at the Mountain Laurel mining operations exceeded the budgeted performance for 2007.*

4

**Manager's Overall Performance Assessment:**

*The year of 2007 was a challenging and exciting year for Dave and Mingo Logan Coal Company. Dave continues to be very instrumental in the successful development of the Mountain Laurel operations. The new longwall at Mountaineer II Mine began cutting coal on September 21 and quickly reached a good steady mining rate which exceeded expectations. The sale of the Ben Creek assets in June provided additional challenges for the Mountain Laurel team in the areas of manning and equipment transfer.*

*The Mountain Laurel operations have maintained an industry leadership position in safety. The 2007 reportable injury incident rate at the Mountain Laurel Complex was 2.63 – well below the target goal of 4.00. The Cardinal Preparation Plant was awarded a West Virginia Mountaineer Guardian Award for safety performance in 2007. The operations have made very good progress integrating the behavior based safety program in the overall safety management effort at Mountain Laurel.*

*The operations have also done a good job of maintaining an industry leadership position in environmental performance. This was demonstrated by the operations 2007 performance of an accomplishment of zero environmental citations at the Mountain Laurel operations.*

*The start-up of the longwall at Mountaineer II Mine earlier than budgeted was a very important event for Arch Coal. This early longwall start-up and the quick ramping up to steady-state provided Arch Coal significant financial benefit in 2007.*

*Dave and his team played a very important role in the transfer of employees and equipment from the Ben Creek Complex to the Mountain Laurel Complex. The manning effort between the Ben Creek and Mountain Laurel mining operations was challenging at times. The sale of the Ben Creek mining complex resulted in an acceleration of the transfer of the large longwall-based group of employees. However, through the excellent managing of the transfer process by the Human Resources department and the co-operative efforts of other managers – the overall result turned out well.*

*Under Dave's leadership, the Mountain Laurel Complex is developing into a solid business unit that will contribute much to the future of Arch Coal.*

**Goal Achievement Rating:** *Exceptional*

## RATINGS

**Unacceptable** – Minimum performance expectations are seldom met. Prompting is often needed to get/stay on track. Employee must significantly improve performance within a defined timeframe.

**Needs Improvement** – Performance expectations have not been consistently met. Quality of contribution is not acceptable. Often requires close supervision to monitor performance.

**Meets Expectations** – Performance expectations are consistently met. Performance is solid, effective and consistently meets the standard required. Contributes with minimum supervision.

**Exceeds Expectations** – Performance expectations are consistently exceeded. Drives for and often makes significant contributions, which extend beyond goals set. Overcomes obstacles.

**Exceptional** – Performance expectations are consistently exceeded **and** the contributions are exceptional and significant. Proactively identifies obstacles, thinks beyond the issues at hand, and identifies solutions to complex issues.

## RATINGS SUMMARY

**Employee:** David E. Runyon                **Employee #:** 142632

Please list your ratings for Goal Achievement, Job Skills/Competencies, and Compliance with the Company's Code of Business Conduct.

### Rating

A. **Goal Achievement:** *Exceptional*

B. **Job Skills/Competencies:** *Exceeds Expectations*

C. **Compliance (Yes or No)** *Yes*

**Employee's comments on evaluation. (Completion of this section is voluntary.)**

This Performance Review has been reviewed and discussed:

Employee's Signature* *[signed: David E. Runyon]*    Date 1-30-08
Print Employee's Name: David E. Runyon

Supervisor's Signature *[signed: Clifton L. Frye]*    Date 1/30/08
Print Supervisor's Name: Clifton L. Frye

(The Supervisor's signature implies that the Department Head has reviewed the evaluation prior to the Supervisor's meeting with the employee and submission of the form to Human Resources.)

* The signature of the employee does not necessarily imply agreement with the performance evaluation rating but indicates that the performance evaluation was discussed and reviewed with the employee.

HR Representative Signature *[signed]*    Date 1/30/08
(REQUIRED for Unacceptable or Exceptional Ratings)

___ Supervisor's Initials

5

6