IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:14-00113

JAMES H. EVANS III

## NOTICE OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America, by and through Meredith George Thomas, Assistant United States Attorney for the Southern District of West Virginia, by leave of Court endorsed hereon, hereby dismisses without prejudice the information filed herein against James H. Evans III in Criminal No. 2:14-00113.

Respectfully submitted,

R. BOOTH GOODWIN II
United States Attorney

s/Meredith George Thomas
MEREDITH GEORGE THOMAS
Assistant United States Attorney
WV State Bar No. 10596
300 Virginia Street, East
Room 4000
Charleston, West Virginia  25301
Telephone:  304-345-2200
Fax:  304-347-5104
E-mail: meredith.thomas@usdoj.gov