# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                           CRIMINAL ACTION NO. 2:14-cr-00113

JAMES H. EVANS III,

        Defendant.

**ORDER**

It is ORDERED that leave of Court be and it is hereby granted for the filing of the dismissal without prejudice of the Information in this case.

The Clerk is directed to send a certified copy of this Order to all counsel of record, to the defendant James H. Evans, III, and to the United States Marshals Service.

                          ENTER:        November 3, 2015

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE